1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALEJANDRO MANCILLAS-ORTIZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:10-cr-00135 LJO
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING;
13       v.                            )   ORDER THEREON
                                       )
14  ALEJANDRO MANCILLAS-ORTIZ,         )   Date : August 13, 2010
                                       )   Time: 8:45 a.m.
15              *Defendant.*           )   Judge: Hon. Lawrence J. O'Neill
                                       )
16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing, in the above captioned matter, scheduled for

19  July 23, 2010, **may be continued to August 6, 2010, at 9:00 a.m.**

20       This continuance is requested because the defense recently obtained, and provided to the

21  government, records which may have an effect on plea negotiations. The parties need the additional time

22  for further plea negotiations and investigation prior to the hearing. The requested continuance will

23  conserve time and resources for all parties and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: July 21, 2010           /s/ Susan Phan
                                  SUSAN PHAN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: July 21, 2010           /s/ Marc Days
                                  MARC DAYS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALEJANDRO MANCILLAS-ORTIZ

## **O R D E R**

Good cause exists for the request. HOWEVER, the Court can not give the date requested due to the unavailability of Probation on the 6th. The case is continued to August 13th at 8:45 a.m.   Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   July 21, 2010**                /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE