UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:10-CR-00135-LJO** |
| ) | |
| ) | **ORDER ON STIPULATION** |
| Plaintiff, ) | **TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO MANCILLAS ORTIZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Good cause exists for the status conference in this case currently scheduled for August 13, 2010 at 8:45a.m. to be continued to September 3, 2010 at 9:00a.m. before the Honorable Judge Lawrence J. O'Neill. Pursuant to stipulation, time is excluded. On September 3, there will either be a change of plea or the trial date will be set.

IT IS SO ORDERED.

**Dated:   August 11, 2010**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE